ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED

AUG - 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
MANUEL T CARRASCO ) Case No. 05-52364 CN
)
FRANCES BAILON CARRASCO ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495264 for an unclaimed dividend in the amount of $3.20. The name and address of the claimant entitled to the unclaimed dividend is as follows;

> MANUEL T CARRASCO
> FRANCES BAILON CARRASCO
> P O BOX 1185
> SOLEDAD, CA 93960

Dated: August 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE